

**Legal Services of the Hudson Valley**
Protecting Rights Promoting Justice

LSC | America's Partner for Equal Justice
LEGAL SERVICES CORPORATION

90 Maple Avenue, White Plains, NY 10601 • Tel. (914) 949-1305 • www.lshv.org

---

April 7, 2025

United Stated Magistrate Robert W. Lehrburger
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007
Via ECF

Request granted. In addition, any reply shall be filed by July 21, 2025.

SO ORDERED:

04/07/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

RE: Smith v. Commissioner, 24 cv 9781

Dear Magistrate Judge Lehrburger:

This office represents the above captioned Plaintiff who had a brief in support of her motion for a judgment on the pleadings due on April 2, 2025. I had planned to ask the Court for an extension of time to file my client's brief. On March 27, 2025, I contacted Defendant's counsel who graciously agreed to an extension. Due to my calendar and clerical error, I did not file my request for extension prior to April 2, 2025 (the original due date of Plaintiff's brief.),

I beg for the Court's indulgence and ask that it accept the new briefing schedule that Defendant's Counsel and I have agreed to:

> Plaintiff's brief due May 15, 2025
> Defendant's brief due June 30, 2025.

This is the first extension that Plaintiff has requested. I regret any inconvenience my error has caused this Court or opposing counsel.

Respectfully,

Mary Grace Ferone

cc:    Candace Brown Casey, SSA, Office of General Counsel