**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SOFIA SMITH,

                      Plaintiff,              24 **CIVIL** 9781 (RWL)

-v-                                                  <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 19, 2025, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. See Shalalav. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

        June 20, 2025

                                                      **TAMMI M. HELLWIG**
                                                      _____
                                                           **Clerk of Court**

**BY:**
                                                           _____
                                                            **Deputy Clerk**